| | |
|---|---|
| JOSEPH W. COTCHETT (SBN 36324)<br>ADAM ZAPALA (SBN 245748)<br>COTCHETT, PITRE & McCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: 650.697.6000<br>Email: jcotchett@cpmlegal.com<br>           azapala@cpmlegal.com | CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>   crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |
| *Attorneys for Plaintiffs* | *Attorneys for Apple Inc.* |
| [*Additional counsel on signature page*] | [*Additional counsel on signature page*] |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER B. CHIUCHIARELLI,<br>APRIL H. YAMAICHI,<br>KIYOMI ISHII, and<br>RICHARD K. HOPPER on behalf of themselves and all others situated,<br><br>                    *Plaintiffs,*<br>           v.<br>APPLE INC.,<br>                    *Defendant.* | Case No. 3:24-CV-01895-VC<br><br>**JOINT STIPULATION TO SUSPEND THE DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Pursuant to Local Civil Rule 6-1(a), Plaintiffs Jennifer B. Chiuchiarelli, April H. Yamaichi, Kiyomi Ishii, and Richard K. Hopper, on behalf of themselves and others similarly situated ("Plaintiffs"), and Defendant Apple Inc. ("Apple") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a putative Class Action Complaint (the "Complaint") on March 27, 2024. ECF No. 1;

WHEREAS, Plaintiffs served Apple with process on April 5, 2024;

WHEREAS, on March 30, 2024, Plaintiffs in the instant case filed a motion pursuant to 28 U.S.C. §1407 before the U.S. Judicial Panel on Multidistrict Litigation ("JPML") to transfer several cases in which Apple is named as the defendant to the U.S. District Court for the Northern District of California for consolidated pretrial proceedings, captioned *In Re: Apple Inc. Smartphone Antitrust Litigation* ("*In re: Apple*"), MDL No. 3113 ("MDL Petition");

WHEREAS, Apple's deadline to answer, move to dismiss, or otherwise respond to the Complaint in this action is currently April 26, 2024;

WHEREAS, Plaintiffs and Apple have conferred and agreed that, in light of the pending MDL Petition, the outcome of which will likely affect the procedural posture of this action, party and judicial efficiency would be best served by suspending the deadline for Apple to answer, move to dismiss, or otherwise respond to the Complaint pending a decision on the MDL Petition;

WHEREAS, Plaintiffs and Apple have agreed to meet and confer and file a status report with the Court related to a schedule for the case within fourteen (14) days after the issuance of a decision by the JPML on the MDL Petition, unless the cases at issue in the MDL Petition are consolidated by then;

WHEREAS, in making this stipulation, Apple does not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8, including defenses based on class action waivers; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives, including to seek arbitration.  Apple expressly

1  reserves its rights to raise any such defenses (or any other defense) in response to either the
2  Complaint or any original, amended, or consolidated complaint that may be filed in this or any
3  other action.
4      THEREFORE, Plaintiffs and Apple stipulate and agree that:

1. The deadline for Apple to answer, move to dismiss, or otherwise respond to the Complaint is suspended pending a decision on the MDL Petition;
2. Apple and Plaintiffs shall meet and confer and file a status report with the Court related to a schedule for the case within fourteen (14) days after the issuance of a decision by the JPML on the MDL Petition, unless the cases at issue in the MDL Petition are consolidated by then; and
3. In the event that, prior to consolidation, Apple answers, moves to dismiss, or otherwise files a responsive pleading to any federal proposed class action complaint listed in the Amended Schedule of Actions with the JPML or in any further revised amended schedule of actions filed in connection with the MDL Petition, Apple shall respond within seven days in this action unless otherwise agreed to by the Parties or otherwise ordered by the Court.

STIPULATED to this 24th day of April, 2024.

By: */s/ Karin B. Swope*
Joseph W. Cotchett (SBN 36324)
Adam Zapala (SBN 245748)
Elizabeth Castillo (SBN 280502)
Grace Park (SBN 239928)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Email: jcotchett@cpmlegal.com
    azapala@cpmlegal.com
    ecastillo@cpmlegal.com
    gpark@cpmlegal.com

KARIN B. SWOPE (*pro hac vice*)

By: */s/ Cynthia E. Richman*
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice forthcoming*)
    crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

DANIEL G. SWANSON (SBN 116556)
    dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071

1  COTCHETT, PITRE & McCARTHY, LLP       Telephone: 213.229.7000
2  999 N. Northlake Way, Suite 215       Facsimile: 213.229.7520
   Seattle, WA 98103
3  Telephone: (206) 802-1272
   Email: kswope@cpmlegal.com            *Attorneys for Apple Inc.*
4
   *Attorneys for Plaintiffs*
5

JOINT STIPULATION TO SUSPEND THE DEADLINE FOR APPLE TO RESPOND TO COMPLAINT

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Cynthia E. Richman, am the ECF User whose credentials were utilized to file this Stipulated Motion to Suspend the Deadline for Defendant to Respond to the Complaint. In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that Karin B. Swope concurred in the filing of this document.

DATED this 24th day of April, 2024.

*/s/ Cynthia E. Richman*

Cynthia Richman

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 24th day of April, 2024.

                                          */s/ Cynthia E. Richman*

                                          Cynthia Richman